Law Offices of Travis Gagnier, Inc., P.S.
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
253-941-0234 Fax 941-0476

Judge Brian D. Lynch
CHAPTER 13
Hearing Date: November 7, 2018
Hearing Time: 1:30 p.m.
Response Date: October 31, 2018
Location: Tacoma

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:

**DOYAL, III Gecova M. & Dawn M.**

Debtors.

NO. 18-42729

**NOTICE OF HEARING, OBJECTION TO CLAIM and PROOF OF SERVICE**

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that the attached objection will be heard before Judge Brian D. Lynch, Union Station, Courtroom I, 1717 Pacific Ave., Tacoma, WA 98401, on the 7th day of November 2018, at the hour of 1:30 p.m. or as soon thereafter as the Court may direct, at which time you may appear and offer your evidence as to why the Objection should not be sustained.

**IF IT IS YOUR INTENTION TO BE HEARD IN THIS MATTER, YOU MUST GIVE WRITTEN RESPONSE TO THE COURT at UNION STATION 1717 PACIFIC AVENUE SUITE 2100 TACOMA WA 98402-3233 AND TO DEBTORS' ATTORNEY, the LAW OFFICES OF TRAVIS GAGNIER INC P.S. , P.O. BOX 3949, FEDERAL WAY, WA 98063,** no later October 31, 2018, or you will be deemed to be in default, the allegations herein

NOTICE OF HEARING, OBECTION TO CLAIM
AND PROOF OF SERVICE - 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234   Fax: 941-0476

may be taken as true, and the relief sought herein may be granted with an Order being entered accordingly.

DATED this 26th day of September 2018.

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Debtors


/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

## **OBJECTION**

COME NOW, the Debtors by and through their attorney, the Law Offices of Travis Gagnier, Inc., P.S. and objects to claim No. 7, filed by OneMain Financial Services Inc in the amount of $20,557.20 on August 29, 2018. The Debtors object to OneMain's valuation of the Debtors' 2007 Cadillac at $15,800.00. This is a used automobile in fair condition. The Carfax History-Based Retail Value Report, a copy of which is attached to this Objection, states the value of this particular vehicle is $10,940.00. Therefore, the Debtors object to OneMain's valuation and ask the court to find that the fair market value of the 2007 Cadillac to be $10,940.00.

DATED this 26th day of September 2018.

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Debtor


/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

NOTICE OF HEARING, OBECTION TO CLAIM
AND PROOF OF SERVICE - 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234 Fax: 941-0476

## PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that I filed the original of the foregoing with the United States Bankruptcy Court and served a true copy thereof to:

    U.S. Trustee

    Chapter 13 Trustee

via ECF, and to:

OneMain Financial Services Inc
POB 3251
Evansville IN 47731-3251

OneMain Financial Services Inc
Attn: CT Corporation System
Registered Agent
711 Capitol Way S Ste 204
Olympia WA 98501

via U.S. first-class mail postage pre-paid, on the 26th day of September 2018.

                                      /s/ Gregory J. Jalbert
                                      Gregory J. Jalbert

NOTICE OF HEARING, OBECTION TO CLAIM
AND PROOF OF SERVICE - 3

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234  Fax: 941-0476