

# CARFAX History-Based Value

## 2007 CADILLAC ESCALADE ESV
VIN: 1GYFK66867R288675
4 DOOR WAGON/SPORT UTILITY
6.2L V8 F
GASOLINE
ALL WHEEL DRIVE



## History events affecting this vehicle's value

   

 Service History　　 Personal Vehicle　　 Open Recall　　 Damage

## $10,940
### CARFAX History-Based Retail Value

### Assumptions

| | |
|---|---|
| Trim: | BASE |
| Current Condition: | Fair condition |
| Zip Code: | 98372 |
| Mileage: | 139,566 miles |
| Color: | Not Specified |
| Features: | Heated Windshield |

Please contact the dealer to update the assumptions for this vehicle.

This CARFAX History-Based Value is based only on information supplied to CARFAX and available as of 08/20/2018 at 10:11AM EST. Other information that may affect the value of the vehicle may not have been reported to CARFAX. To learn more, please click here.

© 2018 CARFAX, Inc., a unit of IHS Inc. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512; 8,600,823; 8,595,079; 8,606,648; 7,505,838.